# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **R.H.; M.L.; H.J.; and R.R.**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:17-CV-01434-WMR |
| **TOM RAWLINGS**, in his official ) | |
| capacity as Director of the Division of ) | |
| Family and Children Services of the ) | |
| Georgia Department of Human Services; ) | |
| ) | |
| **ROBYN A. CRITTENDEN**, in her ) | |
| official capacity as Commissioner of ) | |
| the Georgia Department of Human ) | |
| Services; ) | |
| ) | |
| **FRANK BERRY**, in his official ) | |
| capacity as Commissioner of the ) | |
| Georgia Department of Community ) | |
| Health, ) | |
| ) | |
| Defendants. ) | |

## <u>PLAINTIFFS' MOTION FOR ATTORNEY'S FEES</u>

COME NOW Plaintiffs R.H., M.L., H.J., and R.R. pursuant to 42 U.S.C. § 12205, 29 U.S.C. § 794a(a)(2) and (b), and Fed.R.Civ.P. 54(d), and respectfully pray that this Court enter an award of attorneys' fees and expenses against Defendants for the successful prosecution of this action.

On June 4, 2019, this Court entered the Parties' Consent Order [Dkt. 93] in which Defendants agreed to the implementation of state-wide policies, procedures, and other systems designed to enhance their compliance with the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. Plaintiffs respectfully come now to request attorneys' fees for this action pursuant to 42 U.S.C. § 1988(b) and paragraph 110 of the Consent Order.

Pursuant to L.R. 54.2.A(2), Plaintiffs file and incorporate their supporting brief which outlines their entitlement to an award and provides a fair estimate of the value of such an award. In total, Plaintiffs request $1,190,167.50 in attorneys' fees and $25,451.37 in expenses. Further supporting documentation will be filed within 30 days.

Respectfully submitted on December 19, 2019.

|  | /s/ *Wingo F. Smith* |
|---|---|
| Lisa J. Krisher | Charles R. Bliss |
| Georgia Bar No. 429762 | Georgia Bar No. 063385 |
| lkrisher@glsp.org | crbliss@atlantalegalaid.org |
| Nancy DeVetter | Miriam Gutman |
| Georgia Bar No. 356073 | Georgia Bar No. 170768 |
| ndevetter@glsp.org | mgutman@atlantalegalaid.org |
| Marcy Muller | Wingo F. Smith |
| Georgia Bar No. 076124 | Georgia Bar No. 147896 |
| mmuller@glsp.org | wfsmith@atlantalegalaid.org |
| **Georgia Legal Services Program** | **Atlanta Legal Aid Society, Inc.** |
| 104 Marietta Street, Suite 250 | 54 Ellis Street, NE |

Atlanta, Georgia 30303
Tel: (404) 206-5175
Greg Bass
bass@nclej.org
(admittance *pro hac vice*)
Marc Cohan
cohan@nclej.org
(admittance *pro hac vice*)

**National Center for Law and Economic Justice**
275 Seventh Avenue, Ste. 1506
New York, NY 10001-6860
Tel: (212) 633-6967

Atlanta, Georgia 30303
Tel: (404) 614-3982
Patrick J. Flinn
Georgia Bar No. 264540
patrick.flinn@alston.com
Matthew W. Howell
Georgia Bar No. 607080
matthew.howell@alston.com
David L. Gann
Georgia Bar No. 940455
david.gann@alston.com
Mary Grace Gallagher
Georgia Bar No. 121954
marygrace.gallagher@alston.com

**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000

<u>CERTIFICATE OF COMPLIANCE WITH LR 5.1</u>

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

*/s/ Wingo F. Smith*
Wingo F. Smith
Georgia Bar No. 147896
Atlanta Legal Aid Society

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Wingo F. Smith*
Wingo F. Smith
Georgia Bar No. 147896
Atlanta Legal Aid Society