# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **R.H.; M.L.; H.J.; and R.R.**, | )<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No.<br>) 1:17-CV-01434-WMR |
| **TOM RAWLINGS**, in his official capacity as Director of the Division of Family and Children Services of the Georgia Department of Human Services; | )<br>)<br>)<br>)<br>)<br>) |
| **ROBYN A. CRITTENDEN**, in her official capacity as Commissioner of the Georgia Department of Human Services; | )<br>)<br>)<br>)<br>) |
| **FRANK BERRY**, in his official capacity as Commissioner of the Georgia Department of Community Health, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### NOTICE OF SETTLEMENT AND ORDER STIPULATING PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES AND COSTS

Plaintiffs and Defendants, by and through their respective counsel, hereby provide this Court with notice that the Parties have reached an agreement to resolve Plaintiffs' claim for fees and costs pursuant to paragraph 110 of the Consent Order entered in this matter on June 4, 2019 [dkt. 91]. Defendants' payment to Plaintiffs

under this agreement will be made on or before January 31, 2020. It is also hereby stipulated and agreed, by and between Plaintiffs and Defendants, as represented below, that this Court shall retain jurisdiction over the Parties' settlement of fees and costs for the purposes of enforcement should the agreement not be completed in full on or before January 31, 2020.

Nothing in the Parties' agreement affects this Court's ongoing jurisdiction over the Consent Order pursuant to paragraphs 98-101 or Plaintiffs' ability to enforce the Consent Order pursuant to paragraphs 95-97.

Respectfully submitted on January 7, 2020.

| | |
|---|---|
| /s/ Wingo F. Smith<br>Wingo F. Smith | /s/ Gary V. Stiner, Jr.<br>Gary V. Stiner, Jr. |
| Patrick J. Flinn<br>Georgia Bar No. 264540<br>patrick.flinn@alston.com | Christopher M. Carr<br>  Georgia Bar No. 112505<br>  Attorney General |
| Matthew W. Howell<br>Georgia Bar No. 607080<br>matthew.howell@alston.com | Annette M. Cowart<br>  Georgia Bar No. 191199<br>  Deputy Attorney General |
| David L. Gann<br>Georgia Bar No. 940455<br>david.gann@alston.com | Shalen S. Nelson<br>  Georgia Bar No. 636575<br>  Senior Assistant Attorney<br>  General |
| Mary Grace Gallagher<br>Georgia Bar No. 121954<br>marygrace.gallagher@alston.com | Penny L. Hannah<br>  Georgia Bar No. 323563<br>  Senior Assistant Attorney |

<div style="columns:2">

**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000


Lisa J. Krisher
Georgia Bar No. 429762
lkrisher@glsp.org
Nancy DeVetter
Georgia Bar No. 356073
ndevetter@glsp.org
Marcy Muller
Georgia Bar No. 076124
mmuller@glsp.org

**GEORGIA LEGAL SERVICES PROGRAM**
104 Marietta Street, Suite 250
Atlanta, Georgia 30303
Tel.: (404) 206-5175

Charles R. Bliss
Georgia Bar No. 063385
crbliss@atlantalegalaid.org
Miriam Gutman
Georgia Bar No. 170768
mgutman@atlantalegalaid.org
Wingo F. Smith
Georgia Bar No. 147896
wfsmith@atlantalegalaid.org

**ATLANTA LEGAL AID SOCIETY, INC.**
54 Ellis Street, NE
Atlanta, GA 30303
Tel: (404) 614-3982

General

Michelle W. Legrande
   Georgia Bar No. 714924
   Senior Assistant Attorney
   General

**OLDENBURG & STINER, P.C.**

Gary V. Stiner, Jr.
   Georgia Bar No. 682559
   Special Assistant Attorney General
Mark D. Oldenburg
   Georgia Bar No. 551390
Rachel M. O'Toole
   Georgia Bar No. 450758

*Attorneys for Defendants*

</div>

Greg Bass
bass@nclej.org
(admittance pro hac vice)
Marc Cohan
cohan@nclej.org
(admittance pro hac vice)

**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
275 Seventh Avenue
Suite 1506
New York, NY 10001-6860
Tel: (212) 633-6967

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

/s/ *Wingo F. Smith*
Wingo F. Smith
Georgia Bar No. 147896
Atlanta Legal Aid Society

5

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ *Wingo F. Smith*
Wingo F. Smith
Georgia Bar No. 147896
Atlanta Legal Aid Society